# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE OF HAJOCA CORPORATION dba VISALIA PIPE & SUPPLY,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLPAC CONSTRUCTION INC., et al.,<br><br>        Defendants.<br>_____/ | Case No.  1:13-cv-01824-LJO-SKO<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |

   Plaintiff United States for the Use of Hajoca Corporation dba Visalia Pipe & Supply ("Plaintiff") filed a complaint on November 7, 2013, against Defendants Solpac Construction Inc.; G.I. Bechthold Corporation; R.J. Lanthier Company, Inc.; Safeco Insurance Company of America; and DOES 1 through 70, inclusive (collectively "Defendants").  No executed summonses were filed by Plaintiff.

   On March 17, 2014, the Court vacated the scheduling conference set for April 24, 2014, and ordered Plaintiff, by no later than March 28, 2014, to file proofs of service or a status report indicating whether Plaintiff intended to continue to prosecute this case.  (Doc. 7.)  Plaintiff failed to comply with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. By no later than May 7, 2014, Plaintiff shall file a statement showing cause why this action should not be recommended for dismissal; and
2. If Plaintiff fails to file a statement by May 7, 2014, the Court will recommend that this action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **April 22, 2014**                             **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE